IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01180-AP

SHERYL Y. CHARLES,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Teresa H. Abbott, Esq.<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>(303) 689-9627 fax<br>abbott.teresa@gmail.com | David Gaouette<br>Acting United States Attorney<br><br>Kevin Thomas Traskos<br>Deputy Chief, Civil Division<br>District of Colorado<br><br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

   A. Date Complaint Was Filed: 05/26/2009

   B. Date Complaint Was Served on U.S. Attorney's Office: 06/05/2009

   C. Date Answer and Administrative Record Were Filed: 08/04/2009

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state to the best of their knowledge that the record appears to be complete.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that case does not involve unusual claims or defenses.

7. OTHER MATTERS

The parties state to the best of their knowledge that there are no other matters.

8.     BRIEFING SCHEDULE

    A.     Plaintiff's Opening Brief Due:  10/02/2009

    B.     Defendant's  Response Brief Due:  11/02/2009

    C.     Plaintiff's  Reply Brief Due:  11/17/2009

9.     STATEMENTS REGARDING ORAL ARGUMENT

    A.     Plaintiff's Statement:   Oral Argument is requested.

    B.     Defendant's Statement:  Oral Argument is not requested.

10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.     (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.     (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.     OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED: August 24, 2009

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Teresa H. Abbott | David Gaouette |
| Teresa H. Abbott, Esq. | Acting UNITED STATES ATTORNEY |
| 3515 S. Tamarac Drive, Suite 200 | |
| Denver, CO 80237 | Kevin Thomas Traskos |
| Telephone: (303) 757-5000 | Deputy Chief, Civil Division |
| Fax: (303) 689-9627 | District of Colorado |
| abbott.teresa@gmail.com | |
| | s/ Allan Berger |
| Attorney for Plaintiff | By: Allan Berger |
| | Special Assistant U.S. Attorney |
| | 1961 Stout St., Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-2149 |
| | Fax: (303) 844-0770 |
| | allan.berger@ssa.gov |
| | |
| | Attorneys for Defendant |